**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI** s
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:   SAMMIE LEE GORDEN | CASE NO: 09-22786 |
| WILLIE MAE GORDEN | CHAPTER 13 |
| DEBTORS(S) | JUDGE:  JACK B SCHMETTERER |
| | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name  of Creditor:**      OCWEN LOAN SERVICING LLC

--------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7472 | $  3,032.09 | $  3,032.09 | $  3,032.09 |

| | |
|---|---|
| Total Amount Paid the Trustee | $      3,032.09 |

--------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__   Through the Chapter 13 Conduit                              X   Direct by the Debtor(s)

--------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of     June, 2012.


Debtor(s)                                              Debtors Attorney

WILLIE MAE GORDEN
SAMMIE LEE GORDEN                                      GERACI LAW LLC
22852 LAWNDALE AVE                                     55 E MONROE # 3400
RICHTON PARK IL 60471                                  CHICAGO IL 606030000


Addtional Creditors                                   Additional Creditors

LITTON LOAN SERVICING                                 OCWEN LOAN SERVICING LLC
PO BOX 829009                                         1661 WORTHINGTON RD #100
DALLAS TEXAS 75382-9009                               WEST PALM BEACH FL 33409


Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416


Electronic Service US Trustee


Date: June 27, 2012                                   /s/ Tom Vaughn

                                                      Tom Vaughn, Chapter 13 Trustee
                                                      Chapter 13 Trustee
                                                      55 East Monroe Street, Suite 3850
                                                      Chicago, Ill   60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI** S
**EASTERN DIVISION**

IN RE:    SAMMIE LEE GORDEN                          CASE NO: 09-22786
          WILLIE MAE GORDEN                          CHAPTER 13

          DEBTORS(S)                                 JUDGE:  JACK B SCHMETTERER


                                                     NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn,
files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed
below has been paid in full.

**Name  of Creditor:**       OCWEN LOAN SERVICING LLC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7472 | $ 3,032.09 | $ 3,032.09 | $ 3,032.09 |

| Total Amount Paid the Trustee | | | | $ 3,032.09 |
|---|---|---|---|---|

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__   Through the Chapter 13 Conduit                          X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the
Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s)
have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are
otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's
proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:09-22786

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.

Debtor(s)

WILLIE MAE GORDEN
SAMMIE LEE GORDEN
22852 LAWNDALE AVE
RICHTON PARK IL 60471

Debtors Attorney

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO IL 606030000

Addtional Creditors

LITTON LOAN SERVICING
PO BOX 829009
DALLAS TEXAS 75382-9009

Additional Creditors

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH FL 33409

Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416

Electronic Service US Trustee

Date: June 27, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOI s
## EASTERN DIVISION

IN RE:   SAMMIE LEE GORDEN                          CASE NO: 09-22786
         WILLIE MAE GORDEN                          CHAPTER 13

         DEBTORS(S)                                 JUDGE:  JACK B SCHMETTERER


                                                    NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn,
files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed
below has been paid in full.

**Name  of Creditor:**      OCWEN LOAN SERVICING LLC

--------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7472 | $  3,032.09 | $  3,032.09 | $    3,032.09 |
| Total Amount Paid the Trustee | | | | $    3,032.09 |

--------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__   Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

--------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the
Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s)
have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are
otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's
proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.


Debtor(s)                                                    Debtors Attorney

WILLIE MAE GORDEN
SAMMIE LEE GORDEN                           GERACI LAW LLC
22852 LAWNDALE AVE                           55 E MONROE # 3400
RICHTON PARK IL 60471                         CHICAGO IL 606030000



Addtional Creditors                               Additional Creditors

LITTON LOAN SERVICING                     OCWEN LOAN SERVICING LLC
PO BOX 829009                                        1661 WORTHINGTON RD #100
DALLAS TEXAS 75382-9009                     WEST PALM BEACH FL 33409



Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416




Electronic Service US Trustee


Date: June 27, 2012                                     /s/ Tom Vaughn

                                                                Tom Vaughn, Chapter 13 Trustee
                                                                Chapter 13 Trustee
                                                                55 East Monroe Street, Suite 3850
                                                                Chicago, Ill   60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOI** s
**EASTERN DIVISION**

IN RE:   SAMMIE LEE GORDEN                                    CASE NO: 09-22786
WILLIE MAE GORDEN                                            CHAPTER 13

DEBTORS(S)                                                  JUDGE:  JACK B SCHMETTERER


NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name  of Creditor:**          OCWEN LOAN SERVICING LLC

------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7472 | $  3,032.09 | $  3,032.09 | $  3,032.09 |
| Total Amount Paid the Trustee | | | | $  3,032.09 |

------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__   Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Case No:09-22786

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.

Debtor(s)
WILLIE MAE GORDEN
SAMMIE LEE GORDEN
22852 LAWNDALE AVE
RICHTON PARK IL 60471

Debtors Attorney

GERACI LAW LLC
55 E MONROE # 3400
CHICAGO IL 606030000

Addtional Creditors

LITTON LOAN SERVICING
PO BOX 829009
DALLAS TEXAS 75382-9009

Additional Creditors

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON RD #100
WEST PALM BEACH FL 33409

Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416

Electronic Service US Trustee

Date: June 27, 2012                              /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOI** S
**EASTERN DIVISION**

IN RE:    SAMMIE LEE GORDEN                      CASE NO: 09-22786
          WILLIE MAE GORDEN                      CHAPTER 13

          DEBTORS(S)                             JUDGE:  JACK B SCHMETTERER


                                                 NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**      OCWEN LOAN SERVICING LLC

---------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0001 | 7472 | $ 3,032.09 | $ 3,032.09 | $ 3,032.09 |

| | | | | |
|---|---|---|---|---|
| Total Amount Paid the Trustee | | | | $ 3,032.09 |

---------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__   Through the Chapter 13 Conduit                    X   Direct by the Debtor(s)

---------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 27th day of    June, 2012.


Debtor(s)                                                    Debtors Attorney
WILLIE MAE GORDEN
SAMMIE LEE GORDEN                          GERACI LAW LLC
22852 LAWNDALE AVE                          55 E MONROE # 3400
RICHTON PARK IL 60471                        CHICAGO IL 606030000


Addtional Creditors                              Additional Creditors

LITTON LOAN SERVICING                      OCWEN LOAN SERVICING LLC
PO BOX 829009                                      1661 WORTHINGTON RD #100
DALLAS TEXAS 75382-9009                   WEST PALM BEACH FL 33409


Mortgage Arrearage Creditor

OCWEN LOAN SERVICING LLC
PO BOX 24781
WEST PALM BEACH FL 33416


Electronic Service US Trustee


Date: June 27, 2012                              /s/ Tom Vaughn

                                                          Tom Vaughn, Chapter 13 Trustee
                                                          Chapter 13 Trustee
                                                          55 East Monroe Street, Suite 3850
                                                          Chicago, Ill   60603