UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   SAMMIE LEE GORDEN　　　　　　　　　§　　Case No.: 09-22786
　　　　　WILLIE MAE GORDEN　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　　　§

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

　　1)　The case was filed on 06/23/2009.

　　2)　This case was confirmed on 08/12/2009.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/12/2009.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on NA.

　　5)　The case was completed on 06/08/2012.

　　6)　Number of months from filing to the last payment:  36

　　7)　Number of months case was pending:  39

　　8)　Total value of assets abandoned by court order:  NA

　　9)　Total value of assets exempted: $    38,160.00

　　10)　Amount of unsecured claims discharged without payment $   57,702.00

　　11)　All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 76,610.72 |
| Less amount refunded to debtor | $ 4,148.41 |
| **NET RECEIPTS** | $ 72,462.31 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 2,200.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 4,163.27 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,363.27 |
| Attorney fees paid and disclosed by debtor | $ 1,300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,666.00 | 1,478.29 | 1,478.29 | 1,478.29 | 127.27 |
| COMCAST | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 12,859.00 | NA | NA | .00 | .00 |
| HOUSEHOLD FINANCE CO | UNSECURED | 13,703.00 | NA | NA | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 13,425.00 | .00 | 14,894.00 | 14,894.00 | 1,033.56 |
| AMERICAN GENERAL FIN | UNSECURED | 1,469.00 | NA | NA | .00 | .00 |
| AMERICAN HOME MORTGA | SECURED | 318,221.00 | .00 | .00 | .00 | .00 |
| COOPER COMMUNITIES | SECURED | 300.00 | .00 | .00 | .00 | .00 |
| COOPER COMMUNITIES | UNSECURED | 3,230.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 18,525.00 | 35,890.20 | 35,890.20 | 35,890.20 | 2,412.81 |
| FORD MOTOR CREDIT CO | UNSECURED | 19,313.00 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | 107,909.00 | 108,483.51 | .00 | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | NA | 3,032.09 | 3,032.09 | 3,032.09 | .00 |
| WESTGATE RESORT | SECURED | 534.00 | .00 | .00 | .00 | .00 |
| WESTGATE RESORT | UNSECURED | 6,713.00 | NA | NA | .00 | .00 |
| HFC | OTHER | .00 | NA | NA | .00 | .00 |
| HFC | OTHER | .00 | NA | NA | .00 | .00 |
| ANGELA PARISH | OTHER | .00 | NA | NA | .00 | .00 |
| OAKRIDGE COA/STONEBR | UNSECURED | NA | 1,259.26 | 1,259.26 | 1,259.26 | 108.47 |

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Scheduled Creditors:

 Creditor                    Claim         Claim        Claim     Principal      Int.
   Name            Class   Scheduled     Asserted     Allowed       Paid        Paid

 HEIGHTS AUTO WORKERS  UNSECURED   2,400.00    2,516.34    2,516.34    2,516.34    216.93
 HEIGHTS AUTO WORKERS  UNSECURED         NA    1,540.94    1,540.94    1,540.94    132.71
 EAST BAY FUNDING      UNSECURED         NA    1,350.73    1,350.73    1,350.73    105.44
 OCWEN LOAN SERVICING  OTHER             NA          NA          NA         .00        .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 3,032.09 | 3,032.09 | .00 |
| Debt Secured by Vehicle | 50,784.20 | 50,784.20 | 3,446.37 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 53,816.29 | 53,816.29 | 3,446.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 8,145.56 | 8,145.56 | 690.82 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,363.27 |
| Disbursements to Creditors | $ | 66,099.04 |
| **TOTAL DISBURSEMENTS:** | $ | 72,462.31 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    09/27/2012                         /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**